AO 442 (Rev. 11/11) Arrest Warrant

SAUSA Jill Bhalakia, 3123535157

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: |
| RAMON SELGADO-DELGADILLO | **UNDER SEAL** |

To:    Any Authorized Law Enforcement Officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* RAMON SELGADO-DELGADILLO, who is accused of an offense or violation based on the following document filed with the court:
Indictment

This offense is briefly described as follows:

Illegal Reentry, in violation of Title 8, United States Code, Section 1326(a)

Date: June 26, 2025

_____
*Issuing Officer's signature*

City and State: Chicago, Illinois

 Maria Valdez, Magistrate Judge 
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____, at *(city and state)*_____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*


FILED
6/26/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | No. **1:25-CR-00355** |
| RAMON SALGADO-DELGADILLO | Violation: Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4) |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about November 5, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

RAMON SALGADO-DELGADILLO,

defendant herein, an alien who previously had been deported and removed from the United States on or about March 12, 2023, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY

1